IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS                                    NO. 4:03CR00181-06 GH

JOE MACK POOL

## ORDER

The March 28, 2006 Judgment in a Criminal Case is amended to reflect the total amount of special assessment is $9,900.00

The remainder of the judgment is still in effect.

Dated this __31__ day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE