IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS                              NO. 4:03CR00181-06 GH

JOE MACK POOL

**ORDER**

    Defendant appeared with counsel on July 5, 2006 to show cause why his probation should not be revoked. After argument of counsel and a report from the probation officer, the court modifies the conditions of probation to include 60 days home detention with electronic monitoring with the defendant to pay all costs. Defendant may leave his home for employment, religious and medical purposes only. He is to report to the probation office where he is being supervised for drug testing every Monday, Wednesday and Friday.

    The revocation hearing is continued to September 5, 2006 at 1:00 p.m.

    IT IS SO ORDERED this 6th day of July, 2006.

*George Howard Jr*
UNITED STATES DISTRICT JUDGE